**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| In re:<br><br>ORIGIN FOOD GROUP, LLC,<br><br>Debtor. | ) | Case No. 25-50268<br><br>Chapter 11 |
| ICELANDIC PROVISIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ORIGIN FOOD GROUP, LLC, HALIL ULUKAYA, and GEORGE SAMARTZIS<br><br>Defendants. | ) | Adv. Pro. No. 25-05013 |

**STIPULATION OF DISMISSAL**
**OF ADVERSARY PROCEEDING WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), made applicable in this adversary proceeding (the "Adversary Proceeding") by Rule 7041 of the Federal Rules of Bankruptcy Procedure, and the *Order Approving Settlement* [Dkt. No. 50], plaintiff Icelandic Provisions, Inc. ("Icelandic") and defendants Origin Food Group, LLC ("Origin"), Halil Ulukaya, and George Samartzis (collectively the "Origin Parties"; together with Icelandic, the "Parties" and each a "Party"), by and through their respective undersigned counsel, hereby submit this stipulation to dismiss the Adversary Proceeding.

WHEREAS, on August 20, 2025, Origin filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western

District of North Carolina (the "Bankruptcy Court"), thereby commencing Case No. 25-50268 (the "Chapter 11 Case");

WHEREAS, on August 25, 2025, Origin removed to the Bankruptcy Court that certain case pending in the North Carolina General Court of Justice, Superior Court Division, Iredell County, captioned *Icelandic Provisions, Inc. v. Origin Food Group, LLC, Halil Ulukaya and George Samartzis,* Case No. 25-CVS-2518, creating the Adversary Proceeding;

WHEREAS, on September 12, 2025, the Parties entered into a settlement agreement and release (the "Settlement Agreement") to resolve certain disputes among them in the Chapter 11 Case and the Adversary Proceeding;

WHEREAS, on September 12, 2025, Origin filed a motion requesting the Bankruptcy Court approve the Settlement Agreement;

WHEREAS, on September 22, 2025, the Bankruptcy Court entered an order approving the Settlement Agreement and granting related relief; and

WHEREAS, pursuant to the Settlement Agreement, the Parties agreed to dismiss all claims and counterclaims brought by the Parties in the Adversary Proceeding with prejudice, with the Parties to bear their own costs and attorneys' fees related to the Adversary Proceeding.

**IT IS THEREFORE STIPULATED AND AGREED THAT:**

1. The Adversary Proceeding and all claims and counterclaims alleged therein shall be voluntarily dismissed with prejudice as against Icelandic and the Origin Parties upon entry of an order by the Bankruptcy Court approving this Stipulation substantially in the form attached hereto as **Exhibit A**.

2. The Parties shall bear their own costs and attorneys' fees related to the Adversary Proceeding.

This 29th day of September, 2025.

**MOORE & VAN ALLEN PLLC**

/s/ *Hillary B. Crabtree*
Hillary B. Crabtree (NC Bar 26500)
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Email: hillarycrabtree@mvalaw.com

And

**COVINGTON & BURLING LLP**

Joseph R. Dunn (admitted pro hac vice)
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: jdunn@cov.com

*Counsel to Icelandic Provisions, Inc.*

**ESSEX RICHARDS**

/s/ *John C. Woodman*
John C. Woodman (NC Bar 42365)
227 West Trade Street, Suite 1200
Charlotte, NC 28202-1672
Telephone: (704) 334-0891
Email: rfulton@rcdlaw.net

*Counsel for Origin Food Group, LLC*

**POPE McMILLAN P.A.**

/s/ *Constantine H. Kutteh*
Constantine H. Kutteh (NC Bar 7199)
Drawer 1776
Statesville, NC 28687
Telephone: (704) 873-2131
Email: ckutteh@popemcmillan.com

*Counsel for Halil Ulukaya*

**FOX ROTHSCHILD LLP**

*/s/ Jonathon Philip Heyl*
Jonathan Philip Heyl (NC Bar 25559)
101 S. Tryon Street
Suite 1700
Charlotte, NC 28280
Telephone: (704) 384-2625
Email: jheyl@foxrothschild.com

*Counsel for George Samartzis*

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-50268 |
| | ) | |
| ORIGIN FOOD GROUP, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ______________________________ | ) | |
| | ) | |
| ICELANDIC PROVISIONS, INC., | ) | Adv. Pro. No. 25-05013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ORIGIN FOOD GROUP, LLC, HALIL ULUKAYA, and GEORGE SAMARTZIS | ) | |
| | ) | |
| Defendants. | ) | |
| ______________________________ | ) | |

**[PROPOSED] ORDER DISMISSING**
**ADVERSARY PROCEEDING WITH PREJUDICE**

Before the Court is the *Stipulation of Dismissal of Adversary Proceeding with Prejudice* (the "Stipulation") pursuant to Fed. R. Civ. P. 41(a)(2) and Federal Rule of Bankruptcy Procedure 7041, filed by plaintiff Icelandic Provisions, Inc. ("Icelandic") and defendants Origin

Food Group, LLC ("Origin"), Halil Ulukaya, and George Samartzis (collectively the "Origin Parties"; together with Icelandic, the "Parties" and each a "Party").

The Court having reviewed the Stipulation, and good cause appearing, hereby **ORDERS** as follows:

1. The Stipulation is **APPROVED**.

2. The Adversary Proceeding is dismissed with prejudice.

3. Each Party shall bear its own costs and attorneys' fees.

4. This Adversary Proceeding shall be closed.

This Order has been signed electronically.
The judge's signature and court's seal appear
at the top of the Order.

United States Bankruptcy Court



14326806v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-50268 |
| ORIGIN FOOD GROUP, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| ICELANDIC PROVISIONS, INC., | ) | Adv. Pro. No. 25-05013 |
| Plaintiff, | ) | |
| v. | ) | |
| ORIGIN FOOD GROUP, LLC, HALIL ULUKAYA, and GEORGE SAMARTZIS | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Hillary Crabtree, do hereby certify that on this day, I caused the *Stipulation of Dismissal of Adversary Proceeding with Prejudice* to be served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case, and by first class mail on those parties listed on the attached Certificate of Service Exhibit.

This the 29th day of September, 2025.

*/s/ Hillary B. Crabtree*
Hillary B. Crabtree
N.C. State Bar No. 26500
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-3571
Email: hillarycrabtree@mvalaw.com

*Attorney for Icelandic Provisions, Inc.*

**CERTIFICATE OF SERVICE EXHIBIT**

| | |
|---|---|
| John C. Woodman<br>David A. Matthews<br>***ESSEX RICHARDS P.A.***<br>1701 S. Blvd.<br>Charlotte, NC, 28203 | Brian R. Anderson<br>***FOX ROTHSCHILD LLP***<br>230 N. Elm Street, Suite 1200<br>Greensboro, NC 27401 |
| Constantine H. Kutteh<br>Clark D. Tew<br>Christian L. Kiechel<br>***POPE MCMILLAN P.A.***<br>113 N. Center St. #200<br>Statesville, NC 28677 | Jonathan P. Heyl<br>***FOX ROTHSCHILD LLP***<br>101 S. Tryon Street<br>Suite 1700<br>Charlotte, NC 28280 |
| Clifton W. Homesley<br>***HOMESLEY & WINGO LAW GROUP, PLLC***<br>330 S. Main Street<br>Mooresville, NC 28115 | Kenneth Lautenschlager<br>***JOHNSTON ALLISON & HORD, PA***<br>1065 East Morehead Street<br>Charlotte, NC 28204 |
| Steven Hemric<br>***SPILMAN THOMAS AND BATTLE, PLLC***<br>110 Oakwood Drive<br>Suite 500<br>Winston-Salem, NC 27103 | Timothy James Lovett<br>***WOODS ROGERS PLC***<br>PO Box 14125<br>Roanoke, VA 24038-4125 |
| Lori D. Thompson<br>***SPILMAN THOMAS & BATTLE, PLLC***<br>310 First Street<br>Suite 1100<br>Roanoke, VA 24002 | U.S. Bankruptcy Administrator<br>Attn: Shelley K. Abel<br>401 West Trade Street<br>Suite #2400<br>Charlotte, NC 28202 |
| Stacy Cordes<br>***Cordes Law, PLLC***<br>1057 E. Morehead Street<br>Suite 120<br>Charlotte, NC 28204 | James Field<br>***Ward and Smith, P.A.***<br>P. O. Box 8088<br>Greenville, NC 27835-8088 |
| James Livermon, III<br>***Womble Bond Dickinson, LLP***<br>555 Fayetteville Street<br>Suite 1100<br>Raleigh, NC 27601 | Megan Van Vynckt<br>***Cordes Law, PLLC***<br>1800 East Boulevard<br>Charlotte, NC 28203 |